ADUO
x6720

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>Rigoberto F. SANCHEZ,<br><br>　　　　　　　　Defendant. | Case No.: '21 MJ1739<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18 U.S.C. § 1001<br>Providing a Materially False Statement<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about April 30, 2021, within the Southern District of California, defendant, Rigoberto F. SANCHEZ, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make a false, fictitious and fraudulent statement and representation as to a material fact, in that defendant did represent and state to a Department of Homeland Security, Customs and Border Protection Officer that he and his wife lived in the United States and that they had only recently crossed into Mexico, in truth and fact, as defendant then and there well knew, that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Special Agent John Christensen
　　　　　　　　　　　　　　　　　　　　　　　　　Homeland Security Investigations

1 | Sworn and attested to under oath by telephone, in accordance with Federal Rule
2 | of Criminal Procedure 4.1, this 3rd of May 2021.

*William V. Gallo*
HON WILLIAM V. GALLO
U.S. MAGISTRATE JUDGE

## **PROBABLE CAUSE STATEMENT**

I, Special Agent John Christensen, declare under penalty of perjury, the following is true and correct:

On April 30, 2021, at approximately 12:45 PM, Rigoberto F. SANCHEZ, ("SANCHEZ"), a United States citizen, applied for entry into the United States from Mexico through the Otay Mesa Port of Entry in vehicle lane #8. SANCHEZ was the driver and registered owner of a 2004 Ford F-150 ("the vehicle") bearing California license plates; SANCHEZ was accompanied by his wife, the only other occupant of the vehicle, who was riding in the front passenger seat.

A Customs and Border Protection Officer (CBPO) received two negative Customs declarations from SANCHEZ. SANCHEZ stated that he and his wife were in Mexico since yesterday, but his wife stayed in Mexico at his sons' house while SANCHEZ came back home to Chula Vista, California yesterday. SANCHEZ stated that he then came back to Mexico today to bring his wife to a doctor's appointment, after which they drove to the border. SANCHEZ stated he was crossing the border to get his wife's second COVID-19 vaccine. A check of border crossing records indicated that SANCHEZ's most recent entry to the United States prior to April 30, 2021 was on April 19, 2021.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the spare tire of the vehicle.

A Canine Enforcement Team was conducting secondary inspection operations when the Human and Narcotic Detection Dog alerted to the spare tire of the vehicle.

Further inspection of the vehicle resulted in the discovery of 21 packages concealed in the spare tire of the vehicle, with a total approximate weight of 30.52 kgs (67.144 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

SANCHEZ was placed under arrest at approximately 2:13 PM.

Both SANCHEZ and his wife were advised of their rights under Miranda and elected to waive their rights and make statements to agents. During individual post-Miranda interviews, SANCHEZ and his wife each denied knowledge that the narcotics were in the vehicle. Both SANCHEZ and his wife stated that he and his wife live in Mexico and that he was taking his wife to an appointment for the second dose of her COVID-19 vaccine. SANCHEZ and his wife separately said the last time he had attempted crossing was earlier in the week, but that he had turned around prior to reaching the United States because there was too much traffic. When asked during a re-interview why he had told the CBPO that he had crossed the border more recently than what records and his and his wife's statements during the post-Miranda interview indicated, he said that he lied to hide the fact that his wife was a lawful

permanent resident of the United States living in Mexico. SANCHEZ stated that he was fearful that his wife would lose her status if this fact was discovered.

SANCHEZ was arrested and charged with a violation of Title 18, United States Code, 1001, providing a materially false statement. SANCHEZ was booked into the Western Region Detention Facility, GEO Group.

Executed on May 1, 2021, at 12:20 PM

*John Paul Christensen*  JOHN P CHRISTENSEN  Digitally signed by JOHN P CHRISTENSEN Date: 2021.05.01 12:23:12 -07'00'

John Christensen, HSI Special Agent

On the basis of the facts presented in this probable cause statement consisting of pages, I find probable cause to believe the defendant, Rigoberto F. SANCHEZ, named in this probable cause statement, committed the offense on April 30, 2021, in violation of Title 18 USC 1001, providing a materially false statement.

_[signature]_                                    12:46, May 1, 2021

Hon. William V. Gallo                            Date/Time

United States Magistrate Judge

3